UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION
CASE NO.: 9:25cv81266

JANE DOE, as Parent and Natural Guardian of
J.D., a minor,

      Plaintiff,

vs.

SCHOOL BOARD OF PALM BEACH COUNTY,

      Defendant.

_____/

## **DEFENDANT'S NOTICE OF REMOVAL**

Defendant, SCHOOL BOARD OF PALM BEACH COUNTY (hereinafter "School Board"), by and through its undersigned counsel, hereby provides notice of removal of the above captioned case from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Removal is proper for the following reasons:

1. This action was commenced by Plaintiff, JANE DOE, as Parent and Natural Guardian of J.D., a minor, (hereinafter, "Jane Doe") in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida on September 5, 2025. The case was docketed as Jane Doe, as Parent and Natural Guardian of J.D., a minor, v. the School Board of Palm Beach County, Case No. 502025CA00009070XXXAMB.

2. This Notice of Removal is timely, as it is filed within thirty (30) days of the date of service of the Complaint on the School Board. The School Board was served on September 12, 2025. The School Board consents to the removal.

3. Promptly after filing this Notice of Removal, the School Board shall give written notice of the removal to Jane Doe, by and through her designated counsel, and to the Clerk of the

Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida as provided in 28 U.S.C. §1446(d).

4. Pursuant to 28 U.S.C. §1446(a), a copy of each document served upon the School Board in the underlying action is attached, including:

   a. Plaintiff's Summons to the School Board (**Exhibit "1"**);

   b. Plaintiff's Complaint (**Exhibit "2"**)

   c. Uniform Differentiated Case Management Order and Order Setting Trial (**Exhibit "3"**);

   d. Notice of Appearance and Email Designation of Lead Counsel, Eric L. Reichenberger, Esq. (**Exhibit "4"**)

## FEDERAL QUESTION JURISDICTION

5. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1331. Jane Doe has alleged claims arising under the Constitution and laws of the United States.

6. This case is removable from state court to federal court on the basis of federal question jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1441(a) and (c).

7. The Complaint, on its face, presents a federal question. Specifically, Jane Does alleges violations of:

   a. Race/National Origin/Gender Discrimination: 14th Amendment to the United States Constitution and 42 U.S.C. §1981, actionable pursuant to 42 U.S.C. §1983. *See* Ex. A at Count II.

   b. Sex Discrimination: Title IX of the Educational Amendments of 1972, 20 U.S.C. §1681. *See* Ex. A at Count III.

<u>VENUE</u>

8.   Removal to the United States District Court for the Southern District of Florida is proper because the Complaint was filed in Palm Beach County, Florida. *See* 28 U.S.C. §1441(a).

WHEREFORE, Defendant, the School Board of Palm Beach County, gives notice that the above-described action pending against it in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is removed to the United States District Court for the Southern District of Florida and hereby demands trial by jury for all issues so triable.

THE SCHOOL BOARD OF PALM BEACH
COUNTY, FLORIDA
Shawntoyia Bernard, Esq., General Counsel
3300 Forest Hill Blvd., Suite C-331
West Palm Beach, FL 33406
Telephone: (561) 434-7453
Facsimile: (561) 434-8105
eric.reichenberger@palmbeachschools.org
ana.jordan@palmbeachschools.org
ikema.middleton@palmbeachschools.org

By: ___*/s/ Eric L. Reichenberger*_____
        ERIC L. REICHENBERGER, ESQ.
        Fla. Bar No.: 8621

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2025, the foregoing document was electronically filed via CM/ECF, which will send notification of such filing to the attorneys of record who are registered as such on the CM/ECF system.

By: ___*/s/ Eric L. Reichenberger*_____
        ERIC L. REICHENBERGER, ESQ.
        Fla. Bar No.: 8621

**SERVICE LIST:**

Matthew K. Schwencke, Esq.
SEARCY, DENNEY SCAROLA
BARNHART & SHIPLEY, PA
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL  33409
schwencketeam@searcylaw.com
*Counsel for Plaintiff*